Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (CA Bar No. 181547)
*hzavareei@tzlegal.com*
Allison W. Parr (*pro hac vice*)
*aparr@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Attorneys for Plaintiff*

APPROVED
Judge Beth Labson Freeman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MONTES, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE, NATIONAL ASSOCIATION <br><br> Defendant. | Case No. 5:23-cv-04052-BLF <br><br> Honorable Beth Labson Freeman |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Omar Montes hereby voluntarily dismisses without prejudice all claims that he asserted in the above-captioned action against Defendant Capital One, National Association.

Dated: May 30, 2024

Respectfully submitted,

By: */s/ Annick M. Persinger*
Annick M. Persinger (CA Bar No. 272996)
*apersinger@tzlegal.com*
**TYCKO & ZAVAREEI LLP**

---

**NOTICE OF VOLUNTARY DISMISSAL**
**Case No. 5:23-cv-04052-BLF**

1970 Broadway, Suite 1070
Oakland, California 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950

Hassan A. Zavareei (CA Bar No. 181547)
*hzavareei@tzlegal.com*
Allison W. Parr *(pro hac vice)*
*aparr@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue, Northwest, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950

*Attorneys for Plaintiff*